UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BORBECK,<br><br>        Plaintiff,<br><br>    v.<br><br>ARCADIA HOME CARE AND STAFFING, et al.,<br><br>        Defendants. | Case No. 19-cv-07268-VC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 20 |

The deadline to file a motion to substitute passed on Monday, February 10, 2020. Plaintiff's counsel is ordered to show cause why the case should not be dismissed. A written response to this order is due by February 26, 2020.

**IT IS SO ORDERED.**

Dated: February 12, 2020

VINCE CHHABRIA
United States District Judge